**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6326**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GEORGE LINCOLN STANLEY, IV,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:15-cr-00166-M-2)

———————

Submitted:  June 17, 2025                               Decided:  June 23, 2025

———————

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Lincoln Stanley, IV, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Lincoln Stanley, IV, appeals the district court's order denying his motion to correct clerical errors in his criminal judgment. We have reviewed the record and find no reversible error. The judgment appears consistent with both the superseding indictment and the proceedings before the district court. Accordingly, we affirm the district court's order. *United States v. Stanley*, No. 5:15-cr-00166-M-2 (E.D.N.C. Apr. 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2